873 F.2d 1406
 In re William D. KRAEMER, Debtor.
William D. KRAEMER, Plaintiff-Appellant,
v.
Glynn H. CROOK, Cynthia M. Crook, Defendants-Appellees.
 No. 88-8839
Non-Argument Calendar.
 United States Court of Appeals,
Eleventh Circuit.
 May 24, 1989.
 
 Tash J. Van Dora, Savell & Williams, S. Lester Tate, III, Atlanta, Ga., for plaintiff-appellant.
 William Eugene Otwell, Austell, Ga., for defendants-appellees.
 Appeal from the United States District Court for the Northern District of Georgia; J. Owen Forrester, Judge.
 Before TJOFLAT, FAY and KRAVITCH, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm the district court's judgment for the reasons stated in its dispositive order of October 4, 1988. See Kraemer v. Crook, 94 B.R. 207 (N.D.Ga.1988).
 
 
 2
 AFFIRMED.